**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,  :  Case No. 14-20737-CR-MORENO
    Plaintiff,  :
v.  :
CHRISTOPHER ANZALONE  :
    Defendant.
_____/

## MOTION TO EXONERATE BOND

The defendant, Christopher Anzalone ("ANZALONE"), through the undersigned counsel, respectfully moves, pursuant to Federal Rule of Criminal Procedure 46(g) that the Court enter an Order exonerating the bond in this case, and that the monies deposited with the Clerk of this Court pursuant to the Defendant's bond be released to the remitter, Forman Law Group, P.A. In support of this motion, Mr. ANZALONE states as follows:

1. Defendant ANZALONE was charged by Information on October 28, 2014 with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349.

2. Defendant ANZALONE was released on a $100,000 10% Bond and a $100,000 Personal Surety Bond (co- signed by his wife Breana Tiesi) on October 28, 2014 after his voluntary self-surrender.

3. On January 9, 2015 Defendant ANZALONE entered a plea of guilty.

4. On February 17, 2015 Defendant ANZALONE was taken into custody after the Court found his bond to be set too low.

5. On March 27, 2015 Defendant ANZALONE was sentenced to 180 months (15 years) of incarceration.

6. Defendant ANZALONE has been in custody since February 17, 2015.

7. All conditions of the Bond and the Order Setting Conditions of Release have been satisfied.

8. The undersigned has contacted the Assistant United States Attorney handling this matter, Mr. Michael Berger, who has indicated that he has no objection to the Court granting the instant motion.

WHEREFORE, the Defendant, Christopher Anzalone moves that the Court grant his Motion to Exonerate Bond and release the Defendant and the co-signers of the bond from all obligations set forth in the bond and that the monies be returned to the remitter, Forman Law Group, P.A.

Respectfully Submitted,
/s/ Daniel Forman
Daniel Forman (Florida Bar No.: 229261)
Ashley Forman (Florida Bar No.:0112918)
FORMAN LAW GROUP
Attorneys for the Defendant
1401 Brickell Ave., Ste. 910
Miami, Florida 33131

**CERTIFICATION**

I HEREBY CERTIFY that on April 3, 2015, a copy of the foregoing Motion to Exonerate Bond was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Daniel Forman
Daniel Forman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | : | Case No. 14-20737-CR-MORENO |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| CHRISTOPHER ANZALONE | : | |
| Defendant. | | |

## ORDER

THIS CAUSE, having come before the Court upon the Defendant's Motion to Exonerate Bond, unopposed by the United States, and upon consideration of the matter, the Defendant's Motion is hereby GRANTED and it is further ordered that the co-signor on the bond be released from all obligations and the monies on deposit be released to the remitter, Forman Law Group, P.A.

DONE and ORDERED in chambers in Miami, Florida, this ___ day of April, 2015.

_____
JUDGE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

CC: AUSA
    Daniel Forman, Esq.
    USPO